Jeffrey Spiegel, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
77 Water St., Ste. 2100
New York, New York 10005
(646) 783-1703
*Attorneys for Defendant,*
*GC Services Limited Partnership*

| | |
|---|---|
| DANIELLE PISARZ, on behalf of himself and all others similarly situated,<br><br>                              Plaintiffs,<br><br>- v. -<br><br>GC SERVICES LIMITED PARTNERSHIP, and JOHN DOES 1-25,<br><br>                              Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>3:16-cv-04552-FLW-TJB<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>Motion Day: September 19, 2016 |

To:   Ari Marcus, Esq.
       Yitzchak Zelman, Esq.
       MARCUS & ZELMAN, LLC
       1500 Allaire Ave., Ste. 101
       Ocean, New Jersey 07712

**PLEASE TAKE NOTICE** that, upon the accompanying Defendant's Brief in Support of its Motion to Dismiss, the undersigned will move this Court, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State St., Trenton, New Jersey, 08608, before the Honorable Freda L. Wolfson on September 19, 2016, for an Order under Rule 12(b)(1) or, in the alternative, under Rule 12(b)(6) of the Federal Rules of Civil Procedure granting Defendant's motion to dismiss thereby dismissing the Complaint and each count thereof on the grounds this Court lacks subject matter jurisdiction due to Plaintiff's lack of standing and Plaintiff's failure to state a claim upon which relief can be granted, and granting Defendant such other and further relief as is just and proper.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

Dated: August 25, 2016        /s/ Jeffrey Spiegel
                              Jeffrey Spiegel, Esq.
                              *Attorneys for Defendant, GC Services Limited Partnership*
                              jeffrey.spiegel@lewisbrisbois.com


**CERTIFICATE OF SERVICE**

    Jeffrey Spiegel, an attorney duly admitted to practice before this Court, certifies that on August 25, 2016, he caused to be served and filed via ECF the Notice of Motion to Dismiss, proposed Order and Defendant's Brief in Support of its Motion to Dismiss. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                                           /s/ Jeffrey Spiegel
                                                                                            Jeffrey Spiegel